# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **ERICA POWERS** | : | **Case No. 2:21-cv-48** |
| | : | |
| **Plaintiff,** | : | **Judge Bertelsman** |
| | : | |
| vs. | : | **Magistrate Judge Smith** |
| | : | |
| **POMEROY IT SOLUTIONS SALES COMPANY, INC.** | : | |
| | : | |
| **Defendant.** | : | |

## REQUEST FOR ENTRY OF DEFAULT

TO:   Robert R. Carr, Clerk
      United States District Court
      Eastern District of Kentucky

Please enter the default of the Defendant, Pomeroy IT Solutions Sales Company, Inc., for failure to plead or otherwise defend this action, as provided in Rule 55(a) of the Federal Rules of Civil Procedure. The Declaration of the undersigned attorney is submitted herewith in support of this request.

Respectfully submitted,

**MEZIBOV BUTLER**

/s/ Brian J. Butler
Brian J. Butler (admitted *pro hac vice*)
615 Elsinore Place
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
bbutler@mezibov.com
*Attorney for Plaintiff Erica Powers*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on all attorneys of record via the ECF filing system on this 12th Day of April, 2022.

Furthermore, I hereby certify that a courtesy copy of the foregoing was mailed to:

Jeffrey T. Varsalone
Managing Director, G2 Capital Advisor, LLC
420 Boylston Street, Ste. 302
Boston, MA 02116

Dated this 12th Day of April, 2022

/s/ Brian J. Butler
Brian J. Butler