UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **ERICA POWERS** | : | **Case No. 2:21-cv-48** |
| **Plaintiff,** | : | **Judge Bertelsman** |
| vs. | : | **Magistrate Judge Smith** |
| **POMEROY IT SOLUTIONS SALES COMPANY, INC.** | : | |
| **Defendant.** | : | |

## DECLARATION OF BRIAN J. BUTLER

Brian J. Butler, under penalty of perjury, declares as follows:

1. I am the counsel of record for Plaintiff Erica Powers in this case. The statements in this declaration are based on my own personal knowledge and belief.

2. Plaintiff, Erica Powers, commenced this action against Defendant, Pomeroy IT Solutions Sales Company, on April 6, 2021, and served Defendant via certified mail upon its registered agent.

3. On June 4, 2021, Defendant filed its Answer to Plaintiff's Complaint. (Doc. 7).

4. On September 1, 2021, counsel for Defendant filed a Motion to Withdraw as Counsel of Record. (Doc. 19). In support of their motion, counsel averred that Defendant had presented them with written notice of their dismissal.

5. Defendant filed a Motion to Waive the Appearance of Counsel on October 5, 2021 (Doc. 21), and averred to the Court that it could not retain counsel to defend the present action.

6. On October 21, 2021, the Court granted the Motion to Withdraw as Counsel of Record and denied the Motion to Waive the Appearance of Counsel. The Court ordered Defendant to retain new counsel and have that new counsel file an entry of appearance no later than November 5, 2021.

7. No notice of appearance has been filed since the Court's order, nor has defendant undertaken the defense of this case in any other way.

8. Defendant has not responded to written discovery propounded under Fed. R. Civ. P. 33 and 34.

_____
Brian J. Butler