# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | | |
|---|---|---|
| **ERICA POWERS** | : | **Case No. 2:21-cv-48** |
| **Plaintiff,** | : | **Judge Bertelsman** |
| vs. | : | **Magistrate Judge Smith** |
| **POMEROY IT SOLUTIONS SALES COMPANY, INC.** | : | |
| **Defendant.** | : | |

_____

## ENTRY OF DEFAULT
_____

    It appears that Pomeroy IT Solutions Sales Company, Inc., is in default, having failed to plead or otherwise defend this cause as required by law.

    NOW, THEREFORE, upon request of Plaintiff and in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against Pomeroy IT Solutions Sales Company, Inc..

    This ____ day of _____, 2022.

 

                                            ROBERT R. CARR
                                            U.S. DISTRICT COURT CLERK

                                            By:    _____
                                                                   Deputy Clerk