UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERICA POWERS | : | Case No. 2:21-cv-48 |
| | : | |
| Plaintiff, | : | Judge Bertelsman |
| | : | |
| vs. | : | Magistrate Judge Smith |
| | : | |
| POMEROY IT SOLUTIONS SALES COMPANY, INC. | : | |
| | : | |
| Defendant. | : | |

### DECLARATION OF ERICA POWERS

I declare the following to be true and accurate, based on my own personal knowledge and observations, under penalty of perjury:

1. I am the plaintiff in the above-captioned matter.

2. I was terminated from Pomeroy IT Solutions Sales Company, Inc. on February 20, 2020.

3. I was a salaried employee of Pomeroy, and I earned $75,000.00 per year, or $1,442.00 per week.

4. I also had benefits, which included health, vision, and dental insurance while I worked at Pomeroy.

5. I was unemployed from the time of my termination on February 20, 2020, until I gained new employment on February 1, 2021. I diligently searched for new employment while I was unemployed. During my 50 weeks without employment, I lost $72,100.00 in wages I would have earned at Pomeroy.

1

6. At the job I began working at on February 1, 2021, I earned $48,000 per year. I worked at that job until June 28, 2021, and earned $19,384.62.

7. During the 21 weeks I worked at that job, I lost an additional $10,897.38 in wages I would have earned at Pomeroy.

8. In July, 2021, I obtained new employment earning a higher rate of pay than I earned at Pomeroy, thereby mitigating further lost wages.

9. For the period from February 20, 2020, until July 2021, I lost benefits that I would have had at Pomeroy.

10. Further declarant sayeth naught.

5-3-2022
Date

Erica Powers

2