UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ERICA POWERS | : | Case No. 2:21-cv-48 |
| | : | |
| Plaintiff, | : | Judge Bertelsman |
| | : | |
| vs. | : | Magistrate Judge Smith |
| | : | |
| POMEROY IT SOLUTIONS SALES COMPANY, INC. | : | |
| | : | |
| Defendant. | : | |

_____

**DECLARATION OF BRIAN J. BUTLER, ESQ.**
_____

I declare the following to be true and accurate, based on my own personal knowledge and observations, under penalty of perjury:

1. I was admitted to practice law in the State of Ohio in 2007. I am also admitted to practice in the United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Indiana, and the Sixth Circuit Court of Appeals.

2. I graduated from the University of Cincinnati College of Law in 2007.

3. I have been practicing employment law since graduating law school.

4. I formed MezibovButler in 2015 with Marc Mezibov and Susan Butler. A large majority of our practice is devoted to representing plaintiffs in employment discrimination matters. We also handle other employment-related litigation, other civil rights litigation, and some personal injury matters.

5. I have been selected as an Ohio Super Lawyer Rising Star every year since 2015.

6. I am actively involved in the Cincinnati Employment Lawyers Association and the Ohio Employment Lawyers Association. I have served as a board member of the latter since 2018.

7. I have tried numerous trials to verdict in state and federal courts.

8. The work performed by individuals identified on Exhibit D to this declaration were necessary to prosecute this case.

9. Daniel J. Treadaway was an associate attorney at MezibovButler for three years. He was admitted to the Ohio Bar in 2018. Prior to his admission to the bar, he served as a law clerk at our firm for two years and developed extensive experience assisting more senior attorneys with conducting legal research, drafting pleadings, drafting discovery, and reviewing discovery.

10. Dennis A. Gleason has been an associate attorney at MezibovButler since November 2021. He was admitted to the Ohio Bar in 2019. Prior to joining MezibovButler, he served as a law clerk at our firm and developed experience assisting attorneys with legal research and reviewing discovery.

11. My hourly rate is $450/hour, Mr. Treadaway's hourly rate is $250/hour, and Mr. Gleason's hourly rate is $225/hour. I am familiar with the hourly rates charged by attorneys of similar skill, experience, and reputation in the community, and these rates are both consistent with prevailing rates and reasonable under the circumstances.

12. Attached hereto as Exhibit C is the true and accurate billing record maintained by our firm during this case, as well as a true and accurate copy of Plaintiff's expenses incurred during the course of the case. Our firm represented Ms. Powers on a contingency-fee basis, and therefore did not charge Ms. Powers an hourly rate.

13. The time spent and the costs incurred were reasonable and necessary to prosecution of the case.

14. At the above stated rates, the cost and fees of prosecuting this case total $12,660.00

15. During discovery, Plaintiff requested Defendant produce documents relating to value of Ms. Powers' employment benefits.

16. Defendant did not respond to Plaintiff's request for discovery, and did not produce any such documents.

Further declarant sayeth naught.

5/4/2022
Date

_____
Brian J. Butler, Esq.