| Lwyr Lawyer | | Client | | | | |
|---|---|---|---|---|---|---|
| Date Matter | | Matter Description | | | | |
| Entry # | Task | Explanation | Law Type | Hours | Rate | Total |

| DT | Daniel Treadaway | | | | | |
|---|---|---|---|---|---|---|
| Feb/25/2020 | **1712** | **Powers, Erica** | | | | |
| 147003 | | Pomeroy | emp | | | |
| **No Hold** | BW | PNC intake. | | 1.10 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Apr/ 3/2020 | **1712** | **Powers, Erica** | | | | |
| 147519 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client to discuss unemployment claim | | 0.30 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Apr/15/2020 | **1712** | **Powers, Erica** | | | | |
| 147563 | | Pomeroy | emp | | | |
| **No Hold** | BW | Draft EEOC charge; phone call with client | | 1.50 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Apr/27/2020 | **1712** | **Powers, Erica** | | | | |
| 147604 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client; draft EEOC charge | | 1.00 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| May/15/2020 | **1712** | **Powers, Erica** | | | | |
| 147789 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client. | | 0.40 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| May/21/2020 | **1712** | **Powers, Erica** | | | | |
| 147804 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client. | | 0.30 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Jun/16/2020 | **1712** | **Powers, Erica** | | | | |
| 147949 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client. | | 0.20 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Jun/25/2020 | **1712** | **Powers, Erica** | | | | |
| 147973 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client, phone call with ATT manager, draft affidavit. | | 1.00 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Jul/31/2020 | **1712** | **Powers, Erica** | | | | |
| 148116 | | Pomeroy | emp | | | |
| **No Hold** | BW | Attend EEOC mediation. | | 2.80 | 0.00 | 0.00 |
| BJB | Brian Butler | | | | | |
| Jul/31/2020 | **1712** | **Powers, Erica** | | | | |
| 148298 | | Pomeroy | emp | | | |
| **No Hold** | BW | Mediation; prepare for same | | 3.80 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Nov/ 2/2020 | **1712** | **Powers, Erica** | | | | |
| 148782 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client to update her on case | | 0.10 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Feb/16/2021 | **1712** | **Powers, Erica** | | | | |
| 149770 | | Pomeroy | emp | | | |
| **No Hold** | BW | Review file, draft complaint | | 2.50 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Feb/24/2021 | **1712** | **Powers, Erica** | | | | |
| 149806 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with client | | 0.10 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Mar/25/2021 | **1712** | **Powers, Erica** | | | | |
| 150061 | | Pomeroy | emp | | | |
| **No Hold** | BW | Draft, edit complaint | | 0.60 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Apr/ 6/2021 | **1712** | **Powers, Erica** | | | | |
| 150203 | | Pomeroy | emp | | | |
| **No Hold** | BW | Edit complaint, file same | | 0.50 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Apr/14/2021 | **1712** | **Powers, Erica** | | | | |
| 150232 | | Pomeroy | emp | | | |
| **No Hold** | BW | Draft email to client | | 0.20 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| May/17/2021 | **1712** | **Powers, Erica** | | | | |
| 150399 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with opposing counsel | | 0.10 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Jul/ 6/2021 | **1712** | **Powers, Erica** | | | | |
| 150817 | | Pomeroy | emp | | | |
| **No Hold** | BW | Review 26(f) report, email opposing counsel, order certificate of good standing from Supreme Court of Ohio | | 0.30 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Jul/29/2021 | **1712** | **Powers, Erica** | | | | |
| 150904 | | Pomeroy | emp | | | |
| **No Hold** | BW | Phone call with opposing counsel | | 0.20 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Aug/ 2/2021 | **1712** | **Powers, Erica** | | | | |
| 151118 | | Pomeroy | emp | | | |
| **No Hold** | BW | Draft affidavits, motions PHV, proposed orders, file same. | | 0.40 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Aug/ 9/2021 | **1712** | **Powers, Erica** | | | | |
| 151153 | | Pomeroy | emp | | | |
| **No Hold** | BW | Finish initial disclosures, send to opposing counsel | | 0.20 | 0.00 | 0.00 |
| BJB | Brian Butler | | | | | |
| Aug/10/2021 | **1712** | **Powers, Erica** | | | | |
| 151095 | | Pomeroy | emp | | | |
| **No Hold** | BW | Scheduling Conference | | 1.00 | 0.00 | 0.00 |
| DT | Daniel Treadaway | | | | | |
| Aug/10/2021 | **1712** | **Powers, Erica** | | | | |

Case: 2:21-cv-00048-WOB-CJS    Doc #: 30-3    Filed: 05/04/22    Page: 2 of 3 - PageID#: 111

| Lwyr / Date / Entry # | Lawyer / Matter / Task | Client / Matter Description / Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | 151160 Pomeroy | emp | | | |
| | No Hold        BW | Attend docket call at courthouse, draft discovery | | 1.20 | 0.00 | 0.00 |
| BJB  Brian Butler  Aug/11/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151099 Pomeroy | emp | | | |
| | No Hold        BW | Review and revise requests for admissions and interrogatory | | 1.40 | 0.00 | 0.00 |
| DT  Daniel Treadaway  Aug/11/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151163 Pomeroy | emp | | | |
| | No Hold        BW | Review file, draft discovery requests | | 2.10 | 0.00 | 0.00 |
| DT  Daniel Treadaway  Sep/ 3/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151384 Pomeroy | emp | | | |
| | No Hold        BW | Phone call with opposing counsel. | | 0.10 | 0.00 | 0.00 |
| DT  Daniel Treadaway  Sep/ 8/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151391 Pomeroy | emp | | | |
| | No Hold        BW | Phone call with client, email with opposing counsel, review documents sent from client. | | 0.30 | 0.00 | 0.00 |
| DT  Daniel Treadaway  Sep/22/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151456 Pomeroy | emp | | | |
| | No Hold        BW | Read Court Order re: withdrawal as counsel | | 0.10 | 0.00 | 0.00 |
| DT  Daniel Treadaway  Oct/20/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151612 Pomeroy | emp | | | |
| | No Hold        BW | Phone call with client re: withdrawal. | | 0.10 | 0.00 | 0.00 |
| BJB  Brian Butler  Oct/26/2021  **1712** | | **Powers, Erica** | | | | |
| | | 151969 Pomeroy | emp | | | |
| | No Hold        BW | Attend Hearing on Motion to Withdraw | | 0.70 | 0.00 | 0.00 |
| BJB  Brian Butler  Dec/24/2021  **1712** | | **Powers, Erica** | | | | |
| | | 152053 Pomeroy | emp | | | |
| | No Hold        BW | Draft Motion for Leave to Amend & Amended Complaint | | 4.10 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  Mar/22/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152551 Pomeroy | emp | | | |
| | No Hold        BW | Draft Motion for Default Judgment | | 1.60 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  Mar/23/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152553 Pomeroy | emp | | | |
| | No Hold        BW | Continue to draft Motion for Default Judgment | | 2.00 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  Mar/25/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152557 Pomeroy | emp | | | |
| | No Hold        BW | Continue to draft Motion for Default Judgment | | 0.00 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  Mar/28/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152558 Pomeroy | emp | | | |
| | No Hold        BW | Continue to draft Motion for Default Judgment | | 2.30 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  Apr/ 1/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152783 Pomeroy | emp | | | |
| | No Hold        BW | Application for default (?) draft. | | 0.20 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  May/ 2/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152835 Pomeroy | emp | | | |
| | No Hold        BW | Motion for default. | | 2.40 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  May/ 3/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152836 Pomeroy | emp | | | |
| | No Hold        BW | Motion for default. | | 4.20 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  May/ 3/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152837 Pomeroy | emp | | | |
| | No Hold        BW | Motion for default. | | 0.40 | 0.00 | 0.00 |
| DAG  Dennis A. Gleason  May/ 4/2022  **1712** | | **Powers, Erica** | | | | |
| | | 152846 Pomeroy | emp | | | |
| | No Hold        BW | M&D | | 1.50 | 0.00 | 0.00 |

*** Summary by Task Code ***

| Task Code | Hours | Amount |
|---|---|---|
| *** Billable *** | | |
| BW    - Billable Work | 43.30 | 0.00 |
| **Total Billable** | **43.30** | **0.00** |
| **Total:** | **43.30** | **0.00** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---|---|
| BJB  - Brian Butler | 11.00 | 0.00 |
| DAG  - Dennis A. Gleason | 14.60 | 0.00 |
| DT   - Daniel Treadaway | 17.70 | 0.00 |
| **Total:** | **43.30** | **0.00** |

REPORT SELECTIONS - Time Listing

May/ 4/2022                           The Law Office of Marc Mezibov                                               Page: 3
                                              Time Listing
Case: 2:21-cv-00048-WOB-CJS    Doc #: 30-3   Filed: 05/04/22    Page: 3 of 3 - Page
                                       ID#: 112

**Lwyr          Lawyer**
**Date          Matter         Client**
**Entry #                      Matter Description                            Law Type**
                    **Task     Explanation**                                                         **Hours         Rate            Total**

```
Layout Template                          Default
Advanced Search Filter                   None
Requested by                             ADMIN
Finished                                 Wednesday, May 04, 2022 at 04:15:28 PM
Ver                                      11.0 (11.0.20110513)
Date Range                               ALL DATES
Matters                                  1712
Clients                                  All
Major Clients                            All
Client Intro Lawyer                      All
Matter Intro Lawyer                      All
Responsible Lawyer                       All
Type of Law                              All
Select From                              Active, Inactive, Archived Matters
Working Lawyer                           All
Task                                     All
Summarize by Type of Law                 No
Sorted by                                Order Entered
Time/Fee                                 Both
Include Daily totals                     No
Include Held Items only                  No
Matter Security Enabled                  No
Printed from                             Register
```