**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **ERICA POWERS** | : | Case No. 2:21-cv-48 |
| | : | |
| **Plaintiff,** | : | Judge Bertelsman |
| | : | |
| vs. | : | Magistrate Judge Smith |
| | : | |
| **POMEROY IT SOLUTIONS SALES COMPANY, INC.** | : | |
| | : | |
| **Defendant.** | : | |

___

**PROPOSED JUDGMENT ENTRY GRANTING DEFAULT JUDGMENT FOR PLAINTIFF ERICA POWERS**
___

This matter is before the Court on Plaintiff's Motion for Default Judgment. The Court finds that Defendant was ordered to retain new counsel and have that new counsel file an entry of appearance no later than November 5, 2021, and that subsequently, Defendant did not retain new counsel, amounting to a failure to "otherwise defend" the present action within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure. For good cause shown, pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Court grants default judgment in favor of the Plaintiff, Erica Powers, and against Defendant, Pomeroy IT Solutions Sales Company, Inc. in the amount of $219,660. This amount consists of: an award of back pay in the amount of $103,500.00; an award of non-economic damages in the amount of $103,500.00; and an award of attorney's fees and costs in the amount of $12,660.00.

IT IS SO ORDERED.

_____
Judge William O. Bertelsman