EDKy426   (Rev. 09/91) Affidavit for Order of Garnishment (Non-wage)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
at Covington

### AFFIDAVIT FOR ORDER OF GARNISHMENT (NON-WAGE)

**Judgment Creditor:** ERICA POWERS

**Judgment Debtor:** POMEROY IT SOLUTIONS SALES COMPANY, INC.

**Garnishee:** Chase Bank
4899 Houston Road
Florence, KY 41042

**Amount Due:** $219,660.00 as of May 6, 2022, this amount consisting of an award of back pay in the amount of $103,500.00; an award of non-economic damages in the amount of $103,500.00; an award of attorney's fees and costs in the amount of $12,660.00; and post-judgment interest at the rate of 2.03% from May 6, 2022 and compounded annually.

**Court Costs:**

**Case Name and No.**
ERICA POWERS VS. POMEROY IT SOLUTIONS SALES COMPANY, INC., Case No. 2:21-cv-48

**Name and Address of Judgment Creditor's Attorney**
Stites & Harbison, PLLC
Chrisandrea L. Turner, Member
250 W. Main Street, Suite 2300
Lexington, KY 40507
Telephone No. (859) 226-2261

The undersigned affiant states that he is counsel for the Judgment Creditor and states as follows:

1. The above named Judgment Debtor(s) are not now, nor have they been at any time during the pendency of this action, in the active military service of the United States of America.
2. The date of the judgment and the amount due thereon (subject to any credits due for any sums currently being processed) are: $219,660.00 pursuant to the judgment entered by Judge William O. Bertelsman on May 6, 2022.
3. The following are indebted to said Judgment Debtor(s):

WHEREFORE: The Judgment Creditor prays for garnishment against the Judgment Debtor(s); that the Garnishee(s) named herein be made parties to this action, and that they be required to answer the garnishment(s) issued hereunder; and for its costs.

_____
Affiant

Subscribed and sworn to before me by the above affiant this 19th day of August, 20 24.

My Commission expires: 02/08/2028

_____
Notary Public, State at Large

[Notary Seal: JENNIFER W. DUKES, NOTARY, ID KYNP85331, MY COMMISSION EXPIRES 02/08/2028, STATE AT LARGE, KY, PUBLIC]

✎EDKy426   (Rev. 09/91) Order of Garnishment (Non-wage)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
at Covington
### ORDER OF GARNISHMENT (NON-WAGE)

Judgment Creditor: **ERICA POWERS**

**Garnishee's Date of Receipt**

Judgment Debtor: **POMEROY IT SOLUTIONS SALES COMPANY, INC.**

Case Name and No.
ERICA POWERS VS. POMEROY IT SOLUTIONS SALES COMPANY, INC., Case No. 2:21-cv-48

**Garnishee:** Chase Bank
4899 Houston Road
Florence, KY 41042

Name and Address of Judgment Creditor's Attorney

Amount Due:
Court Costs:
$219,660.00 as of May 6, 2022, this amount consisting of an award of back pay in the amount of $103,500.00; an award of non-economic damages in the amount of $103,500.00; an award of attorney's fees and costs in the amount of $12,660.00; and post-judgment interest at the rate of 2.03% from May 6, 2022 and compounded annually.

Stites & Harbison, PLLC
Chrisandrea L. Turner, Member
250 W. Main Street, Suite 2300
Lexington, KY 40507
Telephone No. (859) 226-2261

THE UNITED STATES OF AMERICA:

To the **Garnishee**:

   If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the Judgment Debtor necessary to satisfy the amount due plus court costs as shown above. You are RESTRAINED from paying to the Judgment Debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

## INSTRUCTIONS

You Are Hereby Summoned and Required to Do the Following:
   (1) Fill in the **Garnishee's Date of Receipt** in the space provided above on all copies;
   (2) Hold and safely keep any funds or property due the Judgment Debtor to the extent of the Amount Due above plus Court Costs until further Order of the Court or as directed below;
   (3) Promptly attempt to notify the Judgment Debtor by mailing a copy of this Order to his last known address or by delivering it to him;
   (4) If after the expiration of **fourteen (14) days** from your receipt of this Order and there has been no further notice from the Court, then do the following:
      (a) Using the form provided, Answer as Garnishee within **twenty (20) days** of the receipt of this Order; and
      (b) Forward to the Attorney named below your Answer; and,
      (c) Send the original of your Answer to the Court.

Date: _____

ROBERT R. CARR, CLERK

By: _____ D.C.

### IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

   Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some other types of governmental benefit payments; however, you must claim and prove any applicable exemption. If you can show that the property garnished by this Order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. **Note:** The Clerk does not have forms for you to use and cannot give you legal advice.

Distribution: Original to Court, Copy to Judgment Creditor's Attorney, Copy to Garnishee (sent by Judgement Creditor's Attorney)

EDKy426  (Rev. 09/91) Affidavit and Answer of Garnishee (Non-wage)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
at Covington

### AFFIDAVIT AND ANSWER OF GARNISHEE

Judgment Creditor: ERICA POWERS

**Garnishee's Date of Receipt**

Judgment Debtor: POMEROY IT SOLUTIONS SALES COMPANY, INC.

Case Name and No.
ERICA POWERS VS. POMEROY IT SOLUTIONS SALES COMPANY, INC., Case No. 2:21-cv-48

**Garnishee:** Chase Bank
4899 Houston Road
Florence, KY 41042

Amount Due:
Court Costs:

$219,660.00 as of May 6, 2022, this amount consisting of an award of back pay in the amount of $103,500.00; an award of non-economic damages in the amount of $103,500.00; an award of attorney's fees and costs in the amount of $12,660.00; and post-judgment interest at the rate of 2.03% from May 6, 2022 and compounded annually.

Name and Address of Judgment Creditor's Attorney

Stites & Harbison, PLLC
Chrisandrea L. Turner, Member
250 W. Main Street, Suite 2300
Lexington, KY 40507
Telephone No. (859) 226-2261

The Affiant, after being first duly sworn, states as follows:
1. The name of the Judgment Debtor is _____
2. At the time of the service of the Order of Garnishment (Non-wage), the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $_____.
3. Other property belonging to the Judgment Debtor and held by me is as follows (If none, put "none"):
   _____
   _____
   _____
4. I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to the Judgment Debtor.
5. I, or I on behalf of the Garnishee, have forwarded to the **Judgment Creditor's Attorney** the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse. THE AMOUNT FORWARDED IS: $_____
6. If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further orders of the Court.
7. In addition, I have sent the original of this Answer to the Court, a copy to the **Judgment Creditor's Attorney** and a copy or the Order of Garnishment (Non-wage) and of this Answer to the **Judgment Debtor**.

GARNISHEE

By: _____
Signature of Affiant
Position (If Applicable): _____

Subscribed and sworn to before me by the above Affiant this___ day of _____, 20____

My Commission Expires: _____

_____
Notary Public, State at Large

### INSTRUCTIONS
1. After receiving the Order of Garnishment (Non-wage), promptly send a copy of it to the Judgment Debtor.
2. After 14 days from **Garnishee's Date of Receipt**, but within 20 days from **Garnishee's Date of Receipt**, mail the original of this Answer to the Court, a copy to the Judgment Creditor's Attorney and a copy to the Judgment Debtor.
3. Retain a copy of the Order and this Answer for your records.